Amended Complaint: (16-CV-04099)

United States District Court
Northern District of California

**FILED**
NOV 01 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Quincy Andre Peoples
vs.
City of Richmond, California,
Richmond Police department,
Bashar Zeidan,
Robert Branch,
Aaron Mandell,
Dominic Medina

Case No. 16-CV-04099
complaint under the
Civil Rights act,
42 U.S.C. § 1983

Parties:

A. Quincy Andre Peoples # DVE077
   701 S. Abel St.  Milpitas, C.A. 95035

B. City of Richmond, California    —  Richmond, California
   Richmond Police department     —  Richmond, California
   Bashar Zeidan (officer)         —  Richmond police department
   Robert Branch (officer)         —  Richmond police department
   Aaron Mandell (officer)         —  Richmond police department
   Dominic Medina (investigator)   —  Contra Costa county

Statement of claim: Bashar Zeidan

On 8/11/2014 Richmond police officer Bashar Zeidan was on duty and working for the Richmond police department which is located and operates inside the city of Richmond, California, which is part of the United States of America. Officer Bashar Zeidan deliberately opened fire without warning, without cause, or without being provoked on Quincy Andre Peoples on 8/11/2014 while inside the parking lot of an apartment complex located at 120 MacDonald Ave. in the city of Richmond. Officer Bashar Zeidan continued to fire shots at Quincy Peoples while Peoples drove his vehicle out of parking lot away from officer Zeidan. Officer Bashar Zeidan continued to fire shots at Quincy Peoples while Peoples drove south bound on 2nd street away from officer Bashar Zeidan and through the residential area of central Richmond. The shots fired by officer Bashar Zeidan caused Quincy Peoples to lose control of the vehicle and crash into an occupied residence. The actions taken by Richmond police officer Bashar Zeidan on 8/11/2014 were deliberate and did jeopardize the life and limbs of Quincy Peoples, and were also a deliberate attempt to deprive Quincy Peoples of life, liberty, and property without due process of law. On 8/12/2014 Richmond police officer Bashar Zeidan conspired with investigator Dominic Medina and fellow Richmond police officers Robert Branch and Aaron Mandell during the sequestered interviews that related to the officer involved shooting on 8/11/2014. The

main objective of this conspiracy would be to deliberately create a false account of the 6/11/2014 officer involved shooting while placing substantial blame on Quincy Peoples, and simultaneously creating an artificial probable cause that would be presented to magistrate. The fruits of this conspiracy would be the lone reason a magistrate would authorize an arrest warrant for Quincy Peoples with allegations of two counts of attempted murder on a peace officer with a $1,000,000.00 bail amount. Richmond officer Zerdon testified at the trial of Quincy Peoples and deliberately proffered false testimony. All of these clear and deliberate actions of malice caused Quincy Peoples to suffer tremendous amounts of physical, mental, and emotional anguish along with bodily harm.

Statement of claim: Robert Branch                            1 of 2

On 8/11/2014 Richmond police officer Robert Branch was on duty and working for the Richmond police department which is located and operates inside the city of Richmond, California, which is part of the United States of America. Officer Robert Branch deliberately opened fire without warning, without cause, or without being provoked on Chinney Andre Peoples on 8/11/2014 while inside the parking lot of an apartment complex located at 120 MacDonald ave. in the city of Richmond. Officer Robert Branch continued to fire shots at Chinney Peoples while Peoples drove his vehicle out of parking lot away from Officer Branch and through the residential area of central Richmond. The shots fired by Officer Robert Branch caused Chinney Peoples to lose control of the vehicle and crash into an occupied residence. The actions taken by Richmond police officer Robert Branch on 8/11/2014 were deliberate and did jeopardize the life and limbs of Chinney Peoples, and were also a deliberate attempt to deprive Chinney Peoples of life, liberty, and property without due process of law. On 8/12/2014 Richmond police officer Robert Branch conspired with Investigator Dominic Medina and fellow Richmond police officers Bashar Zeidan and Aaron Mandell during the sequestered interviews related to the officer involved shooting on 8/11/2014. The main objective of this conspiracy would be to deliberately create a false account of the 8/11/2014 officer involved shooting while placing substantial blame on Chinney Peoples, and simultaneously

creating an artificial probable cause that would be presented to a magistrate. The fruits of this conspiracy would be the lone reason a magistrate would authorize an arrest warrant for Quincy Peoples with allegations of two counts of attempted murder on a peace officer with a $1,000,000.00 bail amount. Richmond officer Robert Branch also testified at the trial of Quincy Peoples and deliberately proffered false testimony. All of these clear and deliberate actions of malice caused Quincy Peoples to suffer tremendous amounts of physical, mental, and emotional anguish along with bodily harm.

Statement of Claim: Aaron Mandell

1 of 1

On 8/12/2014 Richmond police officer Aaron Mandell was on duty and working for the Richmond police department which is located and operates inside the city of Richmond, California, which is part of the United States of America. Officer Aaron Mandell deliberately conspired with Investigator Dominic Medina and fellow Richmond police officers Bashar Zeidan and Robert Branch during the sequestered interviews related to the officer involved shooting on 6/11/2014. The main objective of this conspiracy would be to deliberately create a false account of the 6/11/2014 officer involved shooting while placing substantial blame on Quincy Peoples, and simultaneously creating an artificial probable cause that would be presented to a Magistrate. The fruits of this conspiracy would be the lone reason a magistrate would authorize an arrest warrant for Quincy Peoples with allegations of two counts of attempted murder on a peace officer with a $1,000,000.00 bail amount. Richmond officer Aaron Mandell also testified at the trial of Quincy Peoples, and deliberately proffered false testimony. All of these clear and deliberate actions of malice caused Quincy Peoples to suffer tremendous amounts of physical, mental, and emotional anguish.

Richmond Police Department,
Statement of claim: Dominic Medina, Robert Branch, Aaron Mandell, and Bashar Zeidan

Dominic Medina is an Investigator who works for the county of Contra Costa's District attorney's office. On 8/12/2014 Dominic Medina was NOT a District attorney or deputy district attorney. The county of Contra Costa is inside the State of California, which is part of the United States of America. On 8/12/2014 Investigator Dominic Medina orchestrated the sequestered Interviews of Richmond Police officers Bashar Zeidan, Robert Branch, and Aaron Mandell. The topic of these sequestered Interviews was the 8/11/2014 Officer Involved shooting in which Richmond officers Bashar Zeidan and Robert Branch deliberately opened fire on Britney Peoples without warning, cause, or provocation. At or around the time of these sequestered Interviews Investigator Dominic Medina chose to deliberately conspire in concert with Richmond Police officers Bashar Zeidan, Robert Branch, and Aaron Mandell to create a false and prejudiced account of the officer involved shooting on 8/11/2014. This deliberate conspiracy completely corrupted and destroyed the true integrity of the Investigation from that point forward. This deliberate conspiracy placed a substantial amount of blame on Britney Peoples, and simultaneously created an artificial probable cause that would be presented to a magistrate. The fruits of this conspiracy would be the lone reason a magistrate would authorize an arrest warrant for Britney Peoples with allegations of two counts of attempted murder on a peace officer with a $1,000,000.00 bail amount. On 8/12/2014 the Richmond police department would use this same fraudulent warrant to arrest Britney Peoples. However

Quincy Peoples, just days after being arrested would only be charged with violations of California penal code sections 245 and 69, and after being held to answer in a superior court, and a jury trial, was acquitted of both charges. The actions of Contra Costa county Investigator Dominic Medina were clear and deliberate acts of malice and caused Quincy Peoples to suffer tremendous amounts of physical, mental, and emotional anguish.

Statement of claims Richmond Police department

On 8/12/2014 various members of the Richmond police department which is located in Richmond, California and a part of the United States of America used an arrest warrant that was secured based on artificial probable cause created by the corrupted and false allegations that were the fruits of a conspiracy between Contra Costa Investigator Dominic Medina and Richmond police officers Bashar Zeidan, Robert Branch, and Aaron Mandell. This conspiracy was birthed during the sequestered interviews orchestrated by Investigator Dominic Medina related to the officer involved shooting on 8/11/2014. The main objective of the conspiracy would be to place enough fictitious blame on Quincy Andre Peoples in order to create enough probable cause for a magistrate to authorize an arrest warrant with allegations of two counts of attempted murder on a peace officer. After creating completely false accounts of the actual events that took place on 8/11/2014, and documenting them in recorded sequestered interviews, the fraudulent information was presented to a magistrate and a $1,000,000.00 arrest warrant was issued, and executed on Quincy Andre Peoples at the Big-O tires company in Richmond, California. The deliberate corruption and conspiracy by the members of the Richmond police department and Investigator Dominic Medina are clear actions of malice and did cause Quincy Andre Peoples to suffer tremendous amounts of physical, mental, and emotional anguish.

## Statement of Claims: City of Richmond

On 8/11/2014 the city of Richmond, California failed to provide a safe and civilized environment to Quincy Ledge Peoples, who on 8/11/2014 was a registered resident of Richmond, California, residing at 120 MacDonald avenue apt #310. The city of Richmond is part of the state of California, which is part of the United States of America. The force incorporated by the city of Richmond and designated with the duties of service, protection, and maintaining peace and order within the city of Richmond fall upon the active members of the Richmond police department. On 8/11/2014 sworn peace officers Bashar Zeidan and Robert Branch were active members of the Richmond police department and working on duty when both officers Bashar Zeidan and Robert Branch chose to deliberately open fire on Quincy Peoples without cause, without warning, or without being provoked. Both Richmond police officers Bashar Zeidan and Robert Branch fired multiple shots at Quincy Peoples while Peoples was unarmed and inside a moving vehicle. Both Richmond police officers Bashar Zeidan and Robert Branch continued to fire shots at Quincy Peoples as Peoples and the vehicle moved farther and farther away from the two officers. The shots fired by Richmond police officers Bashar Zeidan and Robert Branch would cause Quincy Peoples to lose control of the vehicle and crash into an occupied residence. The actions taken by Richmond police officers Bashar Zeidan and Robert Branch were deliberate and

jeopardized the life and limbs of Quincy Peoples on 8/11/2014. These same actions were also a deliberate attempt to deprive Quincy Peoples of life, liberty, and property without due process of law. On 8/12/2014 Richmond police officers Bashar Zeidan, Robert Branch, and Aaron Mandell along with Investigator Dominic Medina chose to deliberately conspire in concert amongst each other and other unknown individuals. This conspiracy was birthed while Investigator Dominic Medina **orchestrated** the sequestered interviews related to the officer involved shooting that took place on 8/11/2014 in the city of Richmond. The main objective of this conspiracy would be to deliberately create a false account of the events that took place during the officer involved shooting, by placing substantial blame on Quincy Peoples. The fruits of this conspiracy would also create an artificial probable cause that would be presented to a magistrate. The magistrate would then use this artificial probable cause as the lone reason for authorizing an arrest warrant for Quincy Peoples alleging two counts of attempted murder on a peace officer with a bail set at $6,000,000.00. All of these actions were a clear and deliberate act of malice performed by individuals and groups the city of Richmond designates specifically to serve, protect, and maintain peace and order within its boundaries. The actions taken did cause Quincy Peoples to suffer tremendous amounts of physical, mental, and emotional anguish along with bodily harm.

Relief:

Quincy Andre Peoples would like for the court to grant a relief of monetary compensation for the amount of ($150,000,000.00) One Hundred and Fifty Million dollars and no cents, holding all of the following parties liable for payment:

    City of Richmond, California
    Richmond California Police department
    Bashar Zeidan, Richmond Police officer
    Robert Branch, Richmond Police officer
    Aaron Mandell, Richmond Police officer
    Dominic Medina, Investigator Contra Costa County District Atty.

Quincy Andre Peoples would also like the court to order a formal and public apology be made by the City of Richmond, the Richmond Police department, and the all remaining parties involved.

I Quincy Andre Peoples certify that the information filed in this complaint is true and accurate to the best of my knowledge under penalty of perjury.

Date: 10/28/2016          Quincy A. Peoples

The details of these allegations can be obtained and evaluated through the Contra Costa county clerks office the docket # 51422732

The People of the State of California
v/s
Quincy A. Peoples (defendant)

Honorable John L. Laettner, presiding judge

Diana Weiss, prosecuting deputy district attorney

Qiana Washington, defense attorney at trial *

\* contact for detailed information, media coverage, and access to CCTV footage of actual events that took place on 8/11/2014.

Qiana Washington, Washington & Associates
1990 N. California Blvd. 8th floor
Walnut Creek, C.A.
94596