UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| QUINCY ANDRE PEOPLES,<br><br>   Plaintiff,<br><br>   v.<br><br>BASHAR ZEIDAN, et al.,<br><br>   Defendants. | Case No. 16-cv-04099-LHK (RMI)<br><br>**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Quincy Andre Peoples, #1049906, presently in custody at the San Mateo County Jail, Maguire Correctional Facility, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: March 27, 2019

ROBERT M. ILLMAN
United States Magistrate Judge

TO: Sheriff, San Mateo County

GREETINGS

WE COMMAND that you have and produce the body of Quincy Andre Peoples, #1049906, in your custody in the hereinabove-mentioned institution, before the United States District Court in Courtroom D of the Federal Courthouse at 450 Golden Gate Avenue in San Francisco at 1:30 p.m. on April 22, 2019, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Peoples v. Zeidan, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such

order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Robert M. Illman, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: March 27, 2019

SUSAN Y. SOONG
CLERK, UNITED STATES DISTRICT COURT
By: Linn Van Meter
Administrative Law Clerk

Dated: March 27, 2019

