UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY ANDRE PEOPLES,<br><br>    Plaintiff,<br><br>    v.<br><br>BASHAR ZEIDAN, et al.,<br><br>    Defendants. | Case No. 16-cv-04099-LHK (RMI)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on May 8, 2019, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

( X ) Plaintiff, Quincy Peoples, Pro Se

( ) Warden or warden's representative

( ) Office of the California Attorney General

( X ) Other: Cameren Ripoli and Noah Blechman

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 5/9/2019

ROBERT M. ILLMAN
United States Magistrate Judge