United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QUINCY ANDRE PEOPLES, | Case No. 16-CV-04099-LHK |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| BASHAR ZEIDAN, et al., | |
| Defendants. | |

Plaintiff's Counsel: J. Max Rosen, Andrew Lewis, and Hunter Hayes
Defendants' Counsel: Noah Blechman

On February 5, 2020, the Court held a case management conference. The case remains stayed and administratively closed, which is a purely administrative procedure that does not affect the rights of the parties. The case schedule is hereby vacated. *See* ECF No. 130. The Court sets a June 24, 2020 case management conference. The parties shall file a joint case management statement by June 17, 2020. The parties may seek to advance the case management conference after the United States Supreme Court issues its decision in *Torres v. Madrid*, No. 19-292, 2019 WL 6880700 (Dec. 18, 2019) (granting certiorari).

**IT IS SO ORDERED.**

Case No. 16-CV-04099-LHK
CASE MANAGEMENT ORDER

1

Dated: February 5, 2020

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No. 16-CV-04099-LHK
CASE MANAGEMENT ORDER